UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-CIV-LENARD/O'Sullivan

DORCY A. FARRELL,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
DR. YUSUF MAHOMEDY, DR. MARIA
FORERO, ZINHLE MSALI

    Defendants.
_____/

## DECLARATION OF YUSUF MAHOMEDY, M.D.

I, Yusuf Mahomedy, M.D., declare and state the following is true and correct under penalty of perjury as follows:

1. My name is Dr. Yusuf Mahomedy. I am over eighteen (18) years of age and otherwise competent to make this Declaration.

2. The matters set forth in this Declaration are true and based on my personal knowledge.

3. I am a South African citizen. I am not, nor have I ever been, a citizen or resident of Florida or the United States.

4. I do not maintain an address in the State of Florida. My permanent address is located in South Africa.

5. I attended medical school at Royal College of Surgeons in Ireland. I am only licensed to practice medicine in South Africa and am not licensed to practice medicine in the State of Florida, or anywhere else in the United States.

6. I have never rented or owned any property in the State of Florida.

7. I do not have a telephone number in the State of Florida.

8. I have never contracted to insure any person, property, or risk located within Florida at any time.

9. I do not now and have never operated, conducted, engaged in, or carried on a business or business venture in the State of Florida.

10. I do not now and have never had an office or agency in the State of Florida.

11. I have never engaged in solicitation or service activities in the State of Florida.

12. I have never owned, used, possessed, or held a mortgage or other lien on any real property in the State of Florida.

13. I have never breached a contract in Florida by failing to perform acts required by any contracts to be performed in Florida.

14. I have never had products, materials, or things processed, serviced, or manufactured by me that were used or consumed within Florida in the ordinary course of commerce, trade or use.

15. I have a bank account, through Bank of America, in Florida.

16. I have never been engaged in any substantial activity within Florida or anywhere in the United States.

17. My only contacts with the State of Florida have been either incidental to my work onboard cruise ships or personal in nature and occurring in between voyages.

18. At the time of the alleged incident, I was an independent contractor, working as a shipboard doctor onboard Royal Caribbean's vessel, the JEWEL OF THE SEAS.

19. The subject cruise left from Fort Lauderdale on December 13, 2010. Plaintiff Dorcy Farrell first reported to the medical facility on December 22, 2010, while the ship was docked at port in Georgetown, Cayman Islands.

20. None of the medical treatment that I provided to Plaintiff Dorcy Farrell was in the State of Florida or its territorial waters.

21. I have not, to this date, received the copy of the summons and complaint sent by Jason Margulies to Royal Caribbean's corporate address.

22. I have not, to this date, received the copy of the summons and complaint accepted by the Florida Secretary of State that was allegedly sent to my address in South Africa via registered mail.

23. I recently became aware of the subject lawsuit when undersigned counsel requested to speak with me regarding same.

24. I have not authorized RCL or any of its employees to act as my agent for any purpose, including for purposes of accepting service of process.

25. I had no expectation nor could I foresee that I would be subjected to jurisdiction in the State of Florida, or any place in the United States.

26. At no time did I ever perform or do any activities that I would reasonably expect to be hailed into the courts of Florida.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

In __Lisbon, Portugal_____, on this __22_ day of August, 2012.

Yusef Mahomedy, M.D.